MUNSON S. S. LINE v. ELSWICK STEAM SHIPPING CO., Limited.

(Circuit Court of Appeals, Second Circuit. April 7, 1914.)

No. 179.

SHIPPING (§ 40*)—CHARTERS—TERMINATION OF TIME CHARTER—REDELIVERY—
WAIVER OF PROVISION.

Where the provision of a time charter party as to the place of redeliv-
ery creates an obligation of the charterer to the owner, the latter may
waive it and resume possession at another port on expiration of the term,
when it is to his advantage.

[Ed. Note.—For other cases, see Shipping, Dec. Dig. § 40.*]

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from the District Court of the United States for the Southern District of New York.

For opinion below, see 207 Fed. 984.

C. S. Haight, of New York City, for appellant.

J. P. Kirlin and John M. Woolsey, both of New York City, for appellee.

Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. This decree is affirmed on Judge Veeder's opinion, with the note that we do not find it necessary to pass upon what the rights of the parties would have been if the charterer had been in a position to load at Buenos Aires before the expiration of the flat term of six months; nor to inquire which party would benefit most by redelivery of the steamer in the United Kingdom. Doubtless a charter party may be drawn so as to make such redelivery a privilege from the owner to the charterer, but in this charter such redelivery is a contractual obligation of the charterer to the owner, and as such the owner may waive it.